

```
                                                    FILED
                                              U.S. DISTRICT COURT
                                              DISTRICT OF NEBRASKA

                                              2005 JUN 30  AM 8:46

                                              OFFICE OF THE CLERK
```

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:05CR3074 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ZACHARIAH SHANE CONNERLEY, | ) | |
| a/k/a 90 Proof, | ) | |
| | ) | |
| Defendant. | ) | |

Upon the Motion for a Writ of Habeas Corpus Ad Prosequendum, filing ___,

IT IS ORDERED that a Writ of Habeas Corpus Ad Prosequendum be issued as requested.

DATED this 30th day of June, 2005.

_____
DAVID L. PIESTER
MAGISTRATE JUDGE, U. S. DISTRICT COURT

Writ Issued 6/30/05
CC USM   Copy AUSA