IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>ZACHARIAH SHANE CONNERLEY,<br><br>        Defendant. | 4:05CR3074<br><br>MEMORANDUM AND ORDER |

IT IS ORDERED:

1) The defendant's oral motion for release to treatment, (filing no. 67), is granted.

2) The defendant shall comply with all terms and conditions of supervised release which were imposed at sentencing except as follows:

> The defendant shall be released to reside at Cornhusker Place, Lincoln, Nebraska and participate in that facility's substance abuse treatment program. The defendant shall fully comply with the requirements of defendant's treatment plan and all rules of the Cornhusker Place facility. If the defendant is discharged from the facility for any reason whatsoever, or leaves the premises of the facility without authorization, the United States Marshal, and/or any law enforcement officer is ordered to take the defendant into custody and detain the defendant pending a prompt hearing before the court.

3) The defendant shall arrive at Cornhusker Place by 2:30 p.m. on April 4, 2013. By no later than 2:00 p.m. on April 4, 2013, the Marshal shall release the defendant to the defendant's brother, Mike Connerley, for transport to Cornhusker Place.

April 3, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge